UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:18-CR-00076-BO-3

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NOTICE OF APPEARANCE |
| | ) | |
| JESUS NICOLAS RIOS | ) | |

PLEASE TAKE NOTICE that the undersigned attorney, Nardine Mary Guirguis, has been appointed through the Criminal Justice Act and will be representing the defendant, Jesus Nicolas Rios, pursuant to Standing Order 19-SO-3, to determine whether the Defendant may qualify to seek a reduction of sentence.

This 26th day of January 2022.

GUIRGUIS LAW, PA

/s/ Nardine Mary Guirguis
Nardine Mary Guirguis
PANEL Attorney
434 Fayetteville St., Suite 2140
Raleigh, North Carolina 27601
Telephone: (919) 832-0500
Facsimile: (919) 246-9500
nardine@guirguislaw.com

*Designation: CJA Appointed*

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served upon the Assistant Attorney for the United States electronically at the following address via the ECF notification system:

>Bryan M. Stephany
>Assistant United States Attorney
>150 Fayetteville Street, Suite 2100
>Raleigh, North Carolina 27601
>Bryan.Stephany@usdoj.gov

This 26th day of January 2022.

>GUIRGUIS LAW, PA
>
>/s/ Nardine Mary Guirguis
>Nardine Mary Guirguis